# Peters Berger Koshel & Goldberg, P.C.

Attorneys at Law
26 Court Street, Suite 2803
Brooklyn, NY 11242
(718) 596-7800 • (718) 855-9200
Fax (718) 855-8080

Richard L. Goldberg
Bonnie B. Berger

Marc A. Novick

Roberta Kurnitz
Paralegal

Fred Peters (1928-1983)
Seymour Berger, Of Counsel
Harvey Koshel (1941-1983)

May 11, 2006

Hon Joseph F. Bianco
U S District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY  11201

Re:   **Bidot/Ocasio v. U.S.A.
       CV 04 993 (NG)(ASC)**

Honorable Sir:

Please be advised that the above-captioned matter has been discontinued.

Attached is a Stipulation of Discontinuance.

Thank you for your courtesy and cooperation herein.

Respectfully yours,

Richard L. Goldberg

cc:   Kevan Cleary, U.S. Attorney's Office

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RACHEL BIDOT, individually and as Administratrix
of the goods, chattels and credits which were of
ZAHIRA OCASIO, deceased,

             **CIVIL ACTION NO.**
         Plaintiff, **CV-04-2507**

  -against-        **(Bianco)**

UNITED STATES OF AMERICA,

         Defendant.
-----------------------------------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. And an order to that effect may be entered without further notice.

Dated: May 11, 2006

PETERS BERGER KOSHEL & GOLDBERG, P.C.
BY: _____
  RICHARD L. GOLDBERG
  Attorneys for Plaintiff

U.S. Attorney for the Eastern District of New York
BY: _____
  KEVAN CLEARY
  Attorney for Defendants United States of America